IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIE SELWYN, | ) | CIVIL NO. 07-00294 JMS-KSC |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| | ) | |
| U.S. ATTORNEYS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION
<u>FOR APPOINTMENT OF COUNSEL</u>

On July 3, 2007, Plaintiff Julie Selwyn ("Plaintiff"), proceeding *pro se*, filed a motion for appointment of counsel ("Motion").  This matter was referred to this Court by United States District Judge J. Michael Seabright on July 17, 2007.  Pursuant to Local Rule 7.2(d) of the Local Rules of the United States District for the District of Hawaii, the Court finds this matter suitable for disposition without a hearing.

Plaintiff filed a civil action in this Court seeking review of a decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405.  On June 6, 2007, Judge Seabright issued an Order Granting Plaintiff's Application to Proceed Without Prepayment of Fees.  Judge Seabright found that Plaintiff had made the required showing under 28 U.S.C. § 1915 to proceed *in forma pauperis*.

The district court has discretion under 28 U.S.C. § 1915(e)(1) to request counsel to represent an indigent civil litigant.  <u>See</u> 28 U.S.C. § 1915(e)(1). In determining whether to appoint counsel, a district court must evaluate both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his or her claims *pro se* in light of the complexity of the legal issues involved. <u>See</u>, <u>e.g.</u>, <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991). Here, the Court finds that plaintiff has failed to provide the Court with sufficient information for the Court to evaluate Plaintiff's likelihood of success on the merits and her ability adequately articulate her

2

claims.  Accordingly, the Court FINDS and RECOMMENDS that Plaintiff's Motion be DENIED without prejudice to Plaintiff refiling her request with sufficient facts and details to enable the Court to evaluate the aforementioned factors.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, July 18, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

3